IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANICE NOTTENKAMPER, derivatively on behalf of ITT EDUCATIONAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN M. MODANY, DANIEL M. FITZPATRICK, JOHN F. COZZI, JOHN E. DEAN, JAMES D. FOWLER, JR., JOANNA T. LAU, THOMAS I. MORGAN, SAMUEL L. ODLE, VIN WEBER, JOHN A. YENA and LLOYD G. WATERHOUSE, <br><br> Defendants, <br><br> and <br><br> ITT EDUCATIONAL SERVICES, INC., <br><br> Nominal Defendant. | C.A. No. 14-cv-672 (GMS) |

**ORDER**

At Wilmington, this 29th day of April 2015, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

1. The Defendants' Motion to Transfer Venue to the Southern District of New York (D.I. 11) is GRANTED; and

2. The above-captioned action is TRANSFERRED to the U.S. District Court for the Southern District of New York.

_____
UNITED STATES DISTRICT JUDGE